IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAQUINTA DENISE NEWTON, #257893, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:09cv353-WHA |
| ) | |
| MARY CARTER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #2) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #2) of the Magistrate Judge is ADOPTED. The petition under 28 U.S.C. § 2254 is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 2241(d).

Done this 11th day of May, 2009.


/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE